CASE CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRVING TORRES, on behalf of himself and similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.<br><br>Defendant. | Docket No: 2:18-cv-03282-MCA-SCM |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Irving Torres, and Defendant Convergent Outsourcing, Inc., by their respective undersigned counsel, that the above-captioned action is hereby dismissed as to Plaintiff, with prejudice, and without attorneys' fees and costs against any party. It is stipulated and agreed that this matter is dismissed as to the class action claims without prejudice to any prospective class member.

Dated: July 23, 2018

By: /s/ Daniel Zemel

DANIEL ZEMEL

ZEMEL LAW, LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
Tel: (862) 227-3106
Fax: (973) 282-8603
DZ@zemellawllc.com
Attorneys for Plaintiff

By: /s/ Thomas J. Slattery

THOMAS J. SLATTERY

THE SALVO LAW FIRM, P.C.
185 Fairfield Ave, Suite 3C/3D
West Caldwell, New Jersey 07006
Tel: (973) 226-2220
Fax: (973) 900-8800
tslattery@salvolawfirm.com
Attorneys for Defendant

SO ORDERED
7/25/18
Madeline Cox Arleo, U.S.D.J.

1